UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 MAR 21  AM 11: 32

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| CORNELIUS JONES, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) Case No. CV601-12 |
| | ) [Underlying CR696-004] |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 21 day of March, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA