UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CORNELIUS JONES,

Petitioner,

v.  6:01-cv-12
    6:96-cr-4

UNITED STATES OF AMERICA,

Respondent.

## ORDER

Before the Court is Cornelius Jones's Motion for Reconsideration of the Court's Order denying him leave to appeal in forma pauperis ("IFP"). ECF No. 126.

The Court denied IFP status because Jones has some $4,600 in his prison account. *See* ECF No. 125. Jones requests reconsideration based on (1) his need for those funds "to support himself upon reentry into society" on May 28, 2013; and (2) to assist in supporting his sister and her children with whom he will live upon his release. ECF No. 126.

While the Court acknowledges Jones's need to support himself upon release, it notes that after paying the filing fee Jones will still have over $4,000. Should Jones wish to move forward with his appeal, therefore, he will have to pay the full filing fee of $455. His motion for reconsideration is ***DENIED***.

This 26 day of March 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA